**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cv-206-RJC**

| | |
|---|---|
| COLELL B. STEELE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| ) | |
| LAWRENCE PARSONS, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on Petitioner's motion to substitute Superintendent Mike Ball of the Avery/Mitchell Correctional Institution as the Respondent in this matter. On June 6, 2013, the Court denied and dismissed the petition for habeas corpus filed by Petitioner pursuant to 28 U.S.C. § 2254. (Doc. No. 3). On June 19, 2013, Petitioner filed the present motion for substitution. (Doc. No. 6). The Court finds that as Petitioner's § 2254 proceeding has been denied and dismissed the motion for substitution is moot.

**IT IS, THEREFORE, ORDEDRED** that Petitioner's motion for substitution is **DISMISSED** as moot. (Doc. No. 6).

Signed: July 3, 2013

Robert J. Conrad, Jr.
United States District Judge